Emma M. Shepheard, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, for error in admitting testimony at folios 107, 108, 109 and 173, upon authority of *Devine* v. *Brooklyn Heights R. R. Co.* (198 N. Y. 680; 131 App. Div. 142). Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Somerville Realty Company, Respondent, v. Lissa M. Barnett, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr and Carr, JJ., concurred; Thomas, J., dissented, on the ground that the judgment is against the weight of evidence.

Alexius Wurm, Respondent, v. Frederick R. Vernon and Frances J. Vernon, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

---

## THIRD DEPARTMENT, JUNE, 1910.

Almira Akin, Appellant, v. Albert W. Davitt and P. Campbell Van Wirt, as Executors, etc., of David Akin, Deceased, Respondents, Impleaded with Albert W. Davitt.— Judgment and order unanimously affirmed, with costs.

W. Herman Ballenstedt, Respondent, v. Charles F. Riddle, Appellant.— Judgment and order unanimously affirmed, with costs.

Harry M. Benham, Appellant, v. Livingston Sanders and Others, Respondents.— Judgment modified by adding thereto a clause that it shall not be conclusive as to the bridge, scow poles or telephone poles, those matters not having been passed upon upon the trial, and as so modified affirmed, without costs. All concurred.

Harley H. Baker, Respondent, v. The German-American Insurance Company of New York, Appellant.— Judgment and order unanimously affirmed, with costs.

Mary Bannister, Respondent, v. The West End Brewing Company, Appellant. — Judgment unanimously affirmed, with costs.

Vert A. Blanchard, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. Houghton, J., not sitting.

Margaret C. Curley, as Administratrix, etc., of Patrick J. Curley, Deceased, Respondent, v. Benjamin O. Brewster and Frank B. Abbott, Appellants.— Judgment and order unanimously affirmed, with costs.

Jerry Davern, Respondent, v. Edward Ryan, Appellant.— Judgment unanimously affirmed, with costs.

Harry Eldridge, Appellant, v. William T. Garner, Defendant. Jesse F. Kathan, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Bauer* v. *Dewey* (166 N. Y. 402). All concurred.